IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STATE FARM FIRE & CAS. CO,** *Plaintiff* | : : : | **CIVIL ACTION** |
| v. | : : | |
| **PECO ENERGY CO.,** *Defendant* | : : : | **NO. 19-2884** |

## ORDER

**AND NOW**, this 24th day of January, 2020, upon consideration of the Motion of the Defendant, PECO Energy Company, for Dismissal of the Complaint (Doc. No. 8), the Response in Opposition (Doc. No. 9), the Reply in Support (Doc. No. 10)[1], and the Surreply in Opposition (Doc. No. 12), it is **ORDERED** that the Motion to Dismiss (Doc. No. 8) is **GRANTED**. Plaintiff may file an amended complaint on or before 21 days from the date of this order.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] State Farm's counsel requests that the Court disregard PECO's Reply because it allegedly failed to meet the Court's General Pretrial and Trial Procedures. (Doc. No. 11). Finding that PECO submitted its Reply in accordance with Section III.C of the Court's General Pretrial and Trial Procedures, Civil Cases, the Court rejects State Farm's request.